UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HABTOM O. TESFAMARIAM,<br><br>              Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social<br>Security,<br><br>              Defendant. | No. CV-12-508-JPH<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND |

BEFORE THE COURT is the parties' stipulated motion to remand this case, previously consolidated with case number 12cv333-JPH, to the Commissioner for further administrative proceedings. **ECF No. 19.** Maureen Rosette represents plaintiff. Special Assistant United States Attorney Kathryn Miller represents defendant. The parties have consented to proceed before a magistrate judge. ECF No. 7.

After considering the stipulated motion, **IT IS ORDERED** that the **motion is GRANTED. The decisions with respect to** both cases are **REVERSED and REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings, including:

    1. The Appeals Council will remand to a new ALJ;

    2. The ALJ will consolidate the two cases;

    3. The ALJ will associate the claim files;

    4. The consolidated cases will be assigned to a different ALJ;

    5. Plaintiff will be provided with an opportunity for a new

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

1  hearing and new decision in accordance with 20 C.F.R. §§ 404.1535,
2  416.935 and Social Security Ruling 13-2p;
3      6. Plaintiff will be able to obtain additional medical
4  evidence;
5      7. The ALJ will further evaluate Plaintiff's medical and non-
6  medical treating and examining sources and
7      8. If warranted, the ALJ will obtain a consultative
8  examination from an individual who specializes in treating and
9  examining individuals who have Substance Abuse Disorders and/or
10 dual diagnoses of Substance Abuse Disorders and co-occurring
11 mental disorders, in accordance with SSR 13-2p(8)(d), to assess
12 whether Plaintiff's drug and alcohol use is a contributing factor
13 material to any determination of disability.

**IT IS FURTHER ORDERED:**

1. The parties' stipulated motion for an order of remand pursuant to sentence four, filed in 12cv333-JPH at ECF No. 19, now consolidated with this case, is **GRANTED.**

2. Judgment shall be entered for **PLAINTIFF.**

3. An application for attorney fees and costs may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, enter judgment, forward copies to counsel, and **CLOSE** the file.

**IT IS SO ORDERED.**

**DATED** this 25th day of March, 2013.

                                      *s/James P. Hutton*
                                      JAMES P. HUTTON
                      UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2